```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 03406
   KAREN L MORENO
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8914

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/02/2005 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/12/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00           .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE    22121.39           .00      22121.39
THOMAS HITCHCOCK & ASSOC  PRIORITY        NOT FILED           .00           .00
CAPITAL ONE               UNSEC W/INTER   NOT FILED           .00           .00
CAPITAL ONE               UNSEC W/INTER   NOT FILED           .00           .00
CAPITAL ONE               UNSEC W/INTER   NOT FILED           .00           .00
RESURGENT ACQUISITION LL  UNSEC W/INTER     1680.86        198.14       1680.86
RESURGENT ACQUISITION LL  UNSEC W/INTER     1568.05        184.92       1568.05
WELLS FARGO FINANCIAL     UNSEC W/INTER   NOT FILED           .00           .00
THOMAS R HITCHCOCK        REIMBURSEMENT       34.50           .00         34.50
ECAST SETTLEMENT CORP     UNSEC W/INTER      356.36         42.12        356.36
THOMAS R HITCHCOCK        DEBTOR ATTY      2,557.50                    2,557.50
TOM VAUGHN                TRUSTEE                                      1,659.89
DEBTOR REFUND             REFUND                                      17,583.22

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              47,986.95

PRIORITY                                          34.50
SECURED                                       22,121.39
UNSECURED                                      3,605.27
    INTEREST                                     425.18
ADMINISTRATIVE                                 2,557.50
TRUSTEE COMPENSATION                           1,659.89
DEBTOR REFUND                                 17,583.22
                     --------------         --------------
TOTALS               47,986.95                47,986.95


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 03406 KAREN L MORENO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 03/27/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 05 B 03406 KAREN L MORENO
```